914

No. 435. MURDOCK *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Michael F. X. Dolan* for petitioner.

No. 436. MALONE, EXECUTOR, ET AL. *v.* GRAVES ET AL. C. A. 10th Cir. Certiorari denied. *Warren W. Shaw* for petitioners. *Solicitor General Cox* for respondents.

No. 441. LOMBARDOZZI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William Sonenshine* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 444. WILD *v.* BREWER, REVENUE AGENT, INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied. *W. Lee McLane* and *Thaddeus Rojek* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph M. Howard* and *Burton Berkley* for respondent.

No. 445. PEARSON *v.* YOUNGSTOWN SHEET & TUBE Co. C. A. 7th Cir. Certiorari denied. *Edmond J. Leeney* for petitioner. *Charles R. Kaufman* and *Lester Murphy, Jr.,* for respondent.

No. 447. MASSA *v.* C. A. VENEZUELAN NAVIGACION ET AL. Motion of John W. McGrath Corp. to be added as a party respondent granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Jacob Rassner* for petitioner. *Robert S. Blanc, Jr.,* for C. A. Venezuelan Navigacion, and *James M. Leonard* for John W. McGrath Corp., respondents.